UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 23, 2015

MEMO TO COUNSEL RE:  UGI Energy Services, LLC v. JADM, Inc., et al.
Civil No. JFM-14-3799

Dear Counsel:

    I have reviewed the memoranda submitted in connection with the motion to intervene filed by UGI Energy Services, LLC.  The motion (document 14) is granted.  It seems to me that a single series of transactions is involved, and that UGI claims an interest.  If that is so, UGI is entitled to intervene as of right under Fed. R. Civ. P. 24(a).  In any event, even if UGI is not entitled to relief under Rule 24(a), I would permit it to intervene under Rule 24(b).  It does not appear to me that Northrop Grumman, which opposes UGI's motion, would be unfairly prejudiced by the intervention.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge